■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT T. RAVENEAU, Appellant. [28 NYS3d 592]—

Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered April 2, 2012, as amended April 24, 2012, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him to concurrent terms of nine years, unanimously affirmed.

The verdict was based on legally sufficient evidence (see *People v Danielson*, 9 NY3d 342, 348-349 [2007]). The evidence supports an inference that each victim's injuries resulted from more than mere "petty slaps, shoves, kicks and the like" (*Matter of Philip A.*, 49 NY2d 198, 200 [1980]), and that defendant's actions caused "more than slight or trivial pain" (*People v Chiddick*, 8 NY3d 445, 447 [2007]; see also *People v Guidice*, 83 NY2d 630, 636 [1994]).

The adult victim engaged in an extended struggle with defendant, during which defendant tried to pull the victim's cell phone out of her grasp and her bracelets off her wrist. This caused lacerations and torn-out patches of hair, resulting in pain that lasted for days. Defendant pushed the adult victim's five-year-old son into a metal gate when he tried to come to his mother's aid, causing the child's face to bleed and bruise, and causing him to cry and scream as he held his face. Accordingly, the physical injury element of second-degree robbery was established as to both victims. Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK BARTLEY, Appellant. [28 NYS3d 593]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (John Moore, J.), rendered October 31, 2014, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Andrias, Moskowitz, Kapnick and Webber, JJ.